IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-386

| | |
|---|---|
| DONNA TATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| SALLIE MAE, INC and SLM FINANCIAL ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court on its own motion. IT IS HEREBY ORDERED that a hearing on Defendants' Motion to Compel Enforcement of Settlement will be held on **Tuesday April 17, 2012, at 10:00 a.m. in Courtroom #3.**

SO ORDERED.

Signed: April 3, 2012

Graham C. Mullen
United States District Judge

1