UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case Number: 3:10cv386

Donna Tate )
 )
    Plaintiff, )
Vs. ) **ORDER**
 )
Sallie Mae, Inc. )
 )
    Defendant. )

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 30th day of May 2012.

Signed: May 30, 2012

*Graham C. Mullen*
Graham C. Mullen
United States District Judge