UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case Number: 3:10cv386

| Donna Tate | ) | |
|---|---|---|
| Plaintiff, | ) | |
| Vs. | ) | **ORDER** |
| Sallie Mae, Inc. | ) | |
| Defendant. | ) | |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 30th day of May 2012.

Signed: May 30, 2012

Graham C. Mullen
United States District Judge