IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-00386

| | |
|---|---|
| DONNA TATE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SALLIE MAE, INC. and ) | |
| SLM FINANCIAL CORPORATION, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court on Defendants' Motion to Enforce Settlement Agreement [D.I. 43, 44]. Oral arguments were heard on May 30, 2012. The Court, having made the finding that counsel for Plaintiff and Defendants reached a settlement agreement that was admitted into evidence at the hearing, GRANTS Defendants' Motion. The Settlement Agreement between Plaintiff Donna Tate and Defendants Sallie Mae, Inc. and SLM Financial Corporation is ORDERED to be enforced. The Court will consider Defendants' requests for fees and costs at a later date.

IT IS SO ORDERED.

Signed: May 30, 2012

Graham C. Mullen
United States District Judge