UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-00386

| | |
|---|---|
| DONNA TATE,<br><br>Plaintiff,<br><br>v.<br><br>SALLIE MAE, INC. and SLM FINANCIAL CORPORATION,<br><br>Defendants. | ORDER OF DISMISSAL |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Defendants Sallie Mae, Inc. and SLM Financial Corporation (together, "Defendants") move this Court for a dismissal of this civil action. The Court concluded on May 30, 2012, that the Settlement Agreement entered into between the parties should be enforced. Defendants have represented that they have complied with their obligations under the Settlement Agreement.

The Court having considered the representations of counsel hereby orders that this civil action is dismissed with prejudice and shall be removed from the docket of the Court.

This the 24 day of October 2012.

ENTERED: _____

_____
U.S. DISTRICT COURT JUDGE
HONORABLE GRAHAM C. MULLEN

3773762v1

**PREPARED BY:**

/s/ R. Scott Adams
Jeffrey D. Patton (N.C. State Bar No. 21246)
R. Scott Adams (N.C. State Bar No. 36581)
Spilman Thomas & Battle, PLLC
110 Oakwood Drive, Suite 500
Winston-Salem, NC 27103
sadams@spilmanlaw.com
Telephone: (336) 725-4710
Facsimile: (336) 725-4476

*Counsel for Sallie Mae, Inc. and
SLM Financial Corporation*